```
                        IN THE UNITED STATES BANKRUPTCY COURT
                         WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: ANQUENETTA DUNNER-HOBBS                               CASE No.
       4303 DUGGER STREET
                                                             05-62020 LK
       WACO TX                   76705-0000

                              FINAL REPORT AND ACCOUNT
                                                           SS#1 - XXX-XX-6528
                                                           SS#2 - XXX-XX-0000

This Case was            The Plan was              The Case was
commenced on  Aug 19, 2005  confirmed on           concluded on Aug 31, 2005

THIS CASE IS DISMISSED BEFORE CONFIRMATION          .
      Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for  the  benefit of
          creditors.                                         $         .00

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS       CLASS        AMOUNT      AMOUNT PAID    BALANCE
       CREDITOR'S NAME                        ALLOWED  PRINCIPAL INTEREST  DUE
--------------------------------------------------------------------------------
GARY WILLIAM CUNHA             NOT FILED       .00       .00       .00       .00

SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
         SECURED   PRIORITY    GENERAL     LATE      SPECIAL     TOTAL
-----------------------------------------------------------------------TOTAL PAID
AMT ALL.    .00       .00        .00                   .00        .00 PRINCIPAL
PRIN PD     .00       .00        .00                   .00        .00 AND INT.
INT PAID    .00       .00        .00                              .00       .00
--------------------------------------------------------------------------------

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY              FEE ALLOWED      FEE PAID
PRO SE - DEBTOR                              .00             .00
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

FILING FEE    ADDITIONAL CHARGES            TRUSTEE           OTHER
            ------------------------    -------------------
& DEPOSIT     1% OF      .25 EA CLAIM   EXP. & COMPENSATION   COST
             RECEIPTS     OVER 20             FUND
----------   ---------   ------------   -------------------   ---------
   .00                                       .00/     .00       .00       .00


                        PAGE  1 - CONTINUED ON NEXT PAGE
```

IN RE: ANQUENETTA DUNNER-HOBBS                                   CASE No.05-62020 LK

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

```
                              /s/ Ray Hendren
                              _____
                              RAY HENDREN CH13 TRUSTEE
                              8310 CAPITAL OF TX HWY N
                              SUITE 475
                              AUSTIN TX                78731-0000
CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                 78701-0000
```